UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO RODRIGUEZ-MACEDO,

           Petitioner,

     v.

JASON BENNETT,

           Respondent.

CASE NO. 2:24-cv-00963-RSL

ORDER DENYING SECOND MOTION FOR RELIEF FROM JUDGMENT

      This matter comes before the Court on petitioner's second "Motion for Relief from Judgment." Dkt. # 14 at 4-6. The motion is an exact duplicate of one that was filed on September 26, 2024, and subsequently denied. For the reasons stated in the Court's prior order (Dkt. # 11), petitioner's second motion for relief from judgment is DENIED.

      Dated this 4th day of October, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING SECOND MOTION FOR RELIEF FROM JUDGMENT - 1